AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
AUG 05 2026
U.S. MARSHALS SERVICE

FILED - USDC -NH
2026 AUG 13 PM1:56

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

United States of America
v.
DERALD SOLOMON
*Defendant*

Case No. 26-mj-227-01-AJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DERALD SOLOMON ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 2252A(a)(2) - Distribution of child pornography

Date: August 4, 2026

Andrea K. Johnstone
*Issuing officer's signature*

City and state: Concord, NH

Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/4/26 , and the person was arrested on *(date)* 8/5/26
at *(city and state)* Hooksett, NH .

Date: 8/5/26

[signature]
*Arresting officer's signature*

TFO Brandon Brown - FBI
*Printed name and title*