UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DERALD SOLOMON | No. 26-cr-69-PB-AJ-01<br><br>18 U.S.C. § 2252A(a)(5)(B) 18 U.S.C. § 1466A(b)(1) |

## INDICTMENT

**The Grand Jury charges:**

## COUNT ONE

**[18 U.S.C. § 2252A(a)(5)(B) – Possession of Child Pornography]**

On or about May 21, 2026, in the District of New Hampshire, the defendant,

**DERALD SOLOMON**,

did knowingly possess material that contained one or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) & (B), and such images were transported using any means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT TWO

**[18 USC § 1466A – Possession of Obscene Material]**

On or about May 21, 2026, in the District of New Hampshire, the defendant,

**DERALD SOLOMON**,

did knowingly possess one or more visual depictions of any kind, involving a minor, including a visual depiction that depicts a minor engaging in sexually explicit conduct and is obscene, and this visual depiction had been mailed, or shipped or transported in interstate or foreign commerce

by any means, including by computer, or was produced using materials that have been mailed, or that have been shipped or transported in interstate or foreign commerce by any means, including by computer in violation of Title 18, United States Code, Section 1466A(b)(1).

## NOTICE OF FORFEITURE

Upon conviction of the offenses alleged in Count One or Two of the Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253, any property, real or personal, constituting or traceable to gross profits and other proceeds from the charged offenses, and any property, real or personal, used or intended to be used in any manner or part to commit and to promote the commission of the charged offenses and any property traceable to such property, including, but not limited to all electronic devices seized as part of the search conducted on May 21, 2026.

A TRUE BILL

/s/ Foreperson
Grand Jury Foreperson

ERIN CREEGAN
United States Attorney

/s/ Matthew T. Hunter
Matthew T. Hunter
Assistant United States Attorney

/s/ Christopher R. Mignanelli
Christopher R. Mignanelli
Assistant United States
Attorney

Date: September 2, 2026